UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,        03:11-CR-85-ECR-VPC

vs.              MINUTES OF COURT

BRENT MICHAEL BELLAMY,     Date:  February 2, 2012

     Defendant.
_____/

**PRESENT**: EDWARD C. REED, JR., SENIOR U.S. District Judge

Courtroom Deputy: Colleen Larsen; Court Reporter: None Appearing

Counsel for Plaintiff: None Appearing

Counsel for Defendant: None Appearing

**MINUTE ORDER IN CHAMBERS**

**IT IS HEREBY ORDERED** that this action is hereby referred to Chief Judge Jones, for purposes of reassignment to another Judge.

```
 _____
| ✓  FILED      ____ RECEIVED |
| ____ ENTERED  ____ SERVED ON |
|      COUNSEL/PARTIES OF RECORD |
|   _____ |
|  |                          | |
|  |     FEB - 2 2012          | |
|  |_____| |
|    CLERK US DISTRICT COURT    |
|      DISTRICT OF NEVADA       |
| BY: _____ DEPUTY |
 _____
```

LANCE S. WILSON, CLERK

By_____ /s/ _____
      Deputy